```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
```

MICHAEL CURTIS,

       Plaintiff,

v.                          Civil Action No. 2:12-7885

SERGEANT SHAWN RAMSEY and
OFFICER CAVENDISH and
OFFICER RICHARD WILLIAMS and
OFFICER JASON BRAGG and
OFFICER FARLEY,

       Defendants.

## ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on July 30, 2014. The magistrate judge recommends that the court deny the plaintiff's motions for a temporary restraining order/preliminary injunction without prejudice.  The plaintiff has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that:

  1. The Proposed Findings and Recommendation be, and it hereby
     is, adopted by the court;

2. The plaintiff's motions for a temporary restraining order/preliminary injunction be, and hereby are, denied without prejudice; and

3. This action is referred anew to the assigned magistrate judge under the same conditions and authority set forth in the standing order entered November 16, 2012.

The Clerk is directed to forward copies of this written opinion and order to the *pro se* plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: August 28, 2014

John T. Copenhaver, Jr.
United States District Judge