UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**MICHAEL CURTIS,**

    **Plaintiff,**

v.                                  Civil Action No. 2:12-7885

**SERGEANT SHAWN RAMSEY and
OFFICER CAVENDISH and
OFFICER RICHARD WILLIAMS and
OFFICER JASON BRAGG and
OFFICER FARLEY,**

    **Defendants.**

## ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on July 8, 2015. The magistrate judge recommends that the court grant the defendants' motion to set aside their default, deny the plaintiff's motion for default judgment, deny the plaintiff's motions for preliminary relief, and dismiss this action as moot. The plaintiff, proceeding pro se, has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and hereby is, adopted by the court;

2. The defendants' motion to set aside entry of default be, and hereby is, granted;

3. The plaintiff's motion for default judgment be, and hereby is, denied;

4. The plaintiff's motions for a temporary restraining order/preliminary injunction be, and hereby are, denied; and

5. This civil action be, and hereby is, dismissed and stricken from the docket of the court as moot.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: July 31, 2015

John T. Copenhaver, Jr.
United States District Judge